# UNITED STATES DISTRICT COURT
## District of Minnesota

Alberto Jose Morillo Melendez

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Ryan Shea

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1313 JMB/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Petition (Doc. No. 1) is GRANTED in part and DENIED in part, as follows:
1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota without conditions, and in any event no later than 4:00 p.m. CST on February 16, 2026.
2. On or before 11:00 a.m. CT on February 17, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in Minnesota without conditions in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 17, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation).
3. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.
4. Petitioner's Motion for an Order to Show Cause (Doc. No. 2) is DENIED as moot.

Date: 2/13/2026

KATE M. FOGARTY, CLERK